UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-20233
Hon. Matthew F. Leitman

v.

BERTRAM JOHNSON, JR.,

    Defendant.
_____/

## ORDER TO APPEAR FOR MOTION HEARING AND SETTING BRIEFING ON DEFENDANT COUNSEL'S MOTION TO WITHDRAW (ECF #14)

On July 5, 2017, counsel for Defendant Bertram Johnson, Jr. filed a Motion to Withdraw from Representation of Defendant (ECF #14).

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant Counsel's motion no later than **Monday, July 10, 2017**. No reply shall be filed.

**IT IS FURTHER ORDERED** that counsel for the parties shall appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Courtroom 237, Detroit, Michigan, on **Tuesday, July 11, 2017 at 10:00 a.m.** for a hearing on defendant counsel's motion.

**IT IS FURTHER ORDERED that Defendant Bertram Johnson, Jr. shall personally appear at the hearing on July 11, 2017 at 10:00 a.m.**

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764