UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20233
Hon. Matthew F. Leitman

v.

BERTRAM JOHNSON, JR.,

    Defendant.

_____/

## ORDER DENYING MOTION TO DISMISS INDICTMENT (ECF #24)

On September 12, 2017, Defendant Bertram Johnson, Jr. filed a motion to dismiss indictment (the "Motion"). (*See* ECF #24). The Court held a hearing on the Motion on October 10, 2017. For the reasons stated on the record at the hearing, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: October 16, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2017, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764