UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 17-cr-20233
Hon. Matthew F. Leitman

v.

BERTRAM JOHNSON, JR.,

    Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE DEFENSE FROM SUGGESTING THAT THE GOVERNMENT IS REQUIRED TO PROVE THAT THE MICHIGAN SENATE RECEIVED FEDERAL FUNDING (ECF #42)

On February 12, 2018, the Government filed a Motion in Limine to Preclude the Defense from Suggesting that the Government is Required to Prove that the Michigan Senate Received Federal Funding. (*See* ECF #42.) Defendant filed a response in which he opposes the Government's motion in limine. (*See* ECF #49.) The Court held a final pretrial conference on February 27, 2018 and addressed the motion in limine.

For the reasons stated on the record at the conference on February 27, 2018, the Court **GRANTS** the Government's Motion in Limine to Preclude the Defense from Suggesting that the Government is Required to Prove that the Michigan Senate Received Federal Funding.

**IT IS SO ORDERED.**

Dated: February 27, 2018

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 27, 2018, by electronic means and/or ordinary mail.

                                                      s/Holly A. Monda
                                                      Case Manager
                                                      (810) 341-9764