August 2, 2018

The Honorable Judge Matthew F. Leitman
United States District Court for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

Thank you in advance for considering my thoughts before sentencing my friend, former Michigan State Senator Bertram "Bert" Johnson. Richly appreciated!

I first met Bert around 2003. He then worked for former Michigan State Representative Bill McConico (D-Detroit), and I, for a multiclient lobbying firm representing the City of Detroit at the state Capitol – a position that I still occupy today.

I was immediately taken by Bert's jovial personality and quick wit, his curiosity about politics and earnest yen to help everyday Michiganders. We bonded quickly, as he distinguished himself from other legislative assistants in ways sartorial *(I still tease him about the old-school leisure suits he used to wear a la Mr. Furley on the television sitcom Three's Company.)* and sincere *(Weary of watching lobbyists reflexively cover bar tabs, Bert, then a humble legislative staffer, once insisted on buying me a beer.)*.

As our relationship flourished, Bert further impressed me with his varied passions – to be a dynamic dad to his children … to master the byzantine state legislative process … to help dispirited Detroiters find their smile … and to inspire vulnerable youth to avoid pratfalls like the one that befell him as a teenager, among them.

That explains why supporting him in 2006 to succeed his term-limited boss in the state House was a no-brainer. I even went so far as to extol Bert's public-office worthiness in the attached column I penned that summer for the <u>Michigan Chronicle</u>.

Voters agreed with me, twice electing Bert to the Michigan House of Representatives, then twice electing him to the Michigan Senate. Bert honored our decision for 12 years, working tirelessly to advance common-sense legislation to improve commoners' lot in life.

Proof of his efficacy as a public servant is the sheer number of bills he shepherded into law – 31 from 2007 through March 2018, despite his party being deeply in the minority for most of his tenure in the Legislature. And Bert didn't champion frivolity, but, rather, weighty policy – like …

➢ ***Public Act 518 of 2016***, which helps cash-strapped homeowners stave off foreclosure by allowing county treasurers to reduce the interest rate on their delinquent tax bill and waive real property taxes that exceed 25 percent of their home's market value;

➢ ***Public Acts 388 and 389 of 2012***, which created a Regional Transit Authority to help vehicle-less Southeast Michigan residents get to work, the grocer, school, doctor appointments, etc.; and …

➢ ***Public Act 152 of 2009***, which requires municipally-owned utilities to postpone shutting off service to "critical care" customers, in response to a 93-year-old Bay City man freezing to death in 2008 after the local electric company limited his usage because he'd fallen behind on payments.

Bert also left his stamp on the landscape of his beloved Detroit. His ***Public Act 481 of 2008*** authorized the chic QLine streetcars that debuted on Woodward Avenue in 2017. And his ***Public Act 394 of 2012*** helps repay grid-

improvement bonds issued by the municipal lighting system, which formerly struggled to illuminate neighborhoods and thoroughfares but today is a conspicuous example of Detroit's rebound.

Collectively, these laws bespeak not only Bert's intelligence and pragmatism as a lawmaker, but also his heart and character. Simply put, he is the least pretentious lawmaker I have known in my 20 years as a lobbyist ... an elected who sincerely believes in the power of public policy to enrich people's lives ... a conscientious man who truly desires equal opportunity for all.

I recall a 2014 fact-finding trip that Bert and several other lawmakers took with me to the Glen Mills Schools in suburban Philadelphia. A reform school for wayward boys, ages 14 to 18, Glen Mills is devoid of fencing and razor wire that's common at most penal institutions. It has enrolled more than 1,600 Michigan youth since 1985, exposing them to life-sustaining opportunities in an array of disciplines, including auto body repair, barbering, building trades, culinary arts, golf course management, graphics, journalism, landscaping, opticianry, photography and welding. It also boasts 14 sports teams and affords impressionable boys essential counsel in subjects like parenting, anger management, gun-violence prevention, nutrition and drug-and-alcohol avoidance.

So impressed was Bert by Glen Mills' curriculum that he quipped during the campus tour, *"The real crime is that a kid has to do something wrong to get exposed to this kind of learning and genuine care."* Upon returning to Michigan, he worked with me to spread Glen Mills' story, even pitching local juvenile justice officials about establishing a campus in the Great Lakes State.

That is the Bert Johnson I know. A man who I still trust with the garage code to my house. A rapacious reader, who's full of life and passionate about helping his community. A deep thinker, who truly embodies this lyric in Rudyard Kipling's classic poem "If": *"... If you can talk with crowds and keep your virtue, Or walk with Kings and not lose the common touch. ..."*

I am aware that Bert has pled guilty to a crime – a fact that I still find implausible. Indeed, my reaction to it reminded me of a 2012 column on cyclist Lance Armstrong by his friend, famed sports journalist Sally Jenkins of the <u>Washington Post</u>. Among other things, she wrote:

*"I like Lance Armstrong, have always liked him. ... I've searched high and low for my anger at Lance, and I can't find it. ... Maybe I'm not angry at Lance because I don't understand those people who are bitterly angry to discover that he is not Santa Claus, while ignoring the very real and useful presents he delivered."* ... Said presents, Jenkins wrote, are not toys, but, rather the cancer-beating commodities of information, education, money and time.

Substitute the name Bert for Lance – and the proverbial *"presents"* of hope, redemption and justice for the aforementioned cancer-fighting resources – and Jenkins' words perfectly square with my sentiments about Bert.

Make no mistake: I love this man, Bertram "Bert" Johnson, for the person that he is today and portends to be tomorrow. Again, thank you for considering my opinions about him when imposing sentence, which I respectfully petition you to make as lenient as possible.

Regards,

Kenneth A. Cole
6337 Blue Stone Drive
Lansing, MI 48917
517-327-3231 (home)
517-282-3980 (mobile)

KENNETH A. COLE

entering and armed robbery resulting from the same incident.

"It was a colossal mistake that I made at age 19," said Johnson, now 32, who acknowledges that the felony convictions are "fair game" for his opponents.

And certainly the Detroit NAACP has every right to back politically whomever it so chooses.

It is just disheartening to watch the Detroit NAACP engage in a smear campaign solely to score votes for its preferred candidate. Such a tactic is seemingly beneath this venerable organization that for nearly 100 years has championed the rights of the downtrodden.

Among them: Felons, for whose right to vote upon release from prison the NAACP continues to fight nationally to this day.

I don't know. Maybe it's just me. But doesn't it seem incredibly duplicitous that an organization embracing such a position would turn around and pimp Johnson's criminal record for votes?

Indeed, it would seem the NAACP, of all organizations, would do just the opposite and laud Johnson for traveling his remarkable road to redemption.

It's been an arduous journey for Johnson – one not unlike that of Mfume, the former NAACP chieftain, or Malcolm X, who did six years in a Massachusetts prison before becoming a human rights giant;

... One that that has seen Johnson get married, father two boys and a girl and devote countless hours to counseling youth against making mistakes like the one that got him locked up.

… A trip that's witnessed him graduate from tether to bartending to walking the hallowed halls of the Michigan Legislature as Chief of Staff for the term-limited lawmaker he hopes to succeed: State Representative Bill McConico, who, like Detroit Mayor Kwame Kilpatrick, is endorsing Johnson.

I bet Mfume, too, would warm to Johnson, a dogged campaigner who, ironically, is a member of the Detroit NAACP. At minimum, I have to believe what Mfume would not do is throw Johnson under the bus for political gain.

If only the same could be said about Mfume's NAACP brethren in Detroit.

***Kenneth A. Cole is a partner with Governmental Consultant Services Inc. (GCSI), Michigan's premier multiclient lobbying firm.***

 City of Detroit
COUNCILMAN SCOTT R. BENSON

30 Jul 2018

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

My name is Scott Benson and I am the City Councilman for Detroit's 3rd District.  My district represents the north eastside of the Detroit and was served by Senator Johnson, as our districts shared geographic boundaries.  I have known Bert Johnson for over eight years and have interacted with him hundreds of times in our community advocacy capacities. He has been supportive to the neighborhoods around him, and he mentors young men and women who take an interest in learning about the political world.

While I have many stories about Bert's support for the residents of Detroit, the memory that is especially vivid is the time he supported my office in fighting for Detroit's school children by helping to keep six Detroit Public Schools open in my district.  During this fight Bert took the time to walk me around Lansing to meet key legislative and community leaders who would end up being helpful in our battle to keep the schools open.  He also volunteered his time to help organize the community town hall that was being hosted by my office, and sat as a panelist during this meeting to lend his expertise and experience to the parents and education stakeholders.  As a direct result the six schools stayed open and the children of Detroit continue to have access to education in their neighborhoods.

In my conversations with Bert he realizes he made a mistake, but I hope you will exercise the greatest level of leniency in your sentencing of Mr. Johnson.  Even though a sever lapse of judgment has occurred, Bert is not a threat to society and his community can best be served by him remaining free.  Please take into account his years of service to the residents of Michigan, how this father of four still leads his household and can be a far more productive citizen in his community than away.

If you have any questions, please do not hesitate to contact my office 313-224-1198.

Sincerely,

Scott R. Benson
Councilman, City of Detroit
3rd District

Coleman A. Young Municipal Center • 2 Woodward Ave., Suite 1340 • Detroit, Michigan 48226
(313) 224-1198   Fax (313) 224-1684
bensons@detroitmi.gov



COUNCIL MEMBER AT-LARGE
JANEÉ L. AYERS

Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 1340
Detroit, Michigan 48226

Phone 313•224•4248
Fax 313•224•1787
www.detroitmi.gov/janeeayers

Hon. Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

I am the Honorable Janee' L. Ayers, council member at large for the city of Detroit. I am now serving in my second term on the council but prior to this I was Secretary, Executive Board member, Political Director and the youngest bargaining member of the hospitality workers union; UNITE HERE Local 24.

I have served my community as a camp counselor within the Detroit Recreation Department, as a substitute turned permanent teacher at the now closed Millennium Alternative High School in Detroit Public Schools and in several other activist capacities.

In my role as Political Director for UNITE HERE in 2013 is where I formally met Bertram Johnson. Initially he was a candidate but eventually became one of my best friends. Ironically through talking we found that our families were intertwined. His younger brother, Justin, is best friends with my cousin, his sons are my close friend's nephews and finally his youngest brother's mother is an aunt to me. Bert and I determined through those revelations that we were not just friends but rather family. Bert encouraged me to pursue the possibility of elected office. We have always encouraged, critiqued and inspired each other. Over the last five years, which seems more like twenty five, we have managed to cultivate a friendship that is one of mutual respect and continued personal growth in the attempt to make ourselves better leaders, citizens and human beings.

Bert has been a mentor and a strong pillar within the community that he represents and throughout the state. One portion of his district is Highland Park. This is an area that has been left derelict and in many times, seemingly hopeless. I have been with Bert when he takes his own time and money to host his community picnic and barbeque. I have watched him fight tirelessly for the respect and funding that is necessary to provide a pathway for cities like Highland Park to survive. I have been in Lansing lobbying on issues and popped up on Bert working the aisle to obtain bi partisan support on an issue then go back to the office read all the documents and call a hard stop to it all because he needs to get back to the city so that he doesn't miss one of his sons games.

Bertram Johnson is a father. Not a dad but a complete full time FATHER. I know what it feels like to grow up without my father in the picture and the deficit that this can create with in a child. I know first-hand the negative affect that this can have on personal development in a child and how this can adversely affect our homes, schools, communities and ultimately society especially in the African American community. This is something that we don't have to worry about with Bertram's boys. He hosted a

manhood introductory event for his boys when they turned sixteen. Where they rose at dawn and all the men that are of substance in their lives are present to discuss the high and low points of entering manhood, particularly from the perspective of men of color. Bert teaches the boys respectfulness because he lives respectfully. Although he is not married to their mother anymore, he leads by example on how to treat women, by never treating her outside of with the highest regard because she is his friend and was the bearer of life for his sons. Bert is the primary caregiver for his mother who lives with him while she battles multiple sclerosis. I have watched him take care of her, change plans and the direction of his life because he desires to accommodate the person that gave him life.

I started the Returning Citizen's Taskforce for the City of Detroit in 2015. Bertram was a major contributor to the format of this taskforce. My intention was to create this group from the perspective of what is needed by the returning citizen not the community. Bert gave me his thoughts, as a returning citizen and then articulated things that he's heard across his listening and mentoring sessions with other men and women that were formerly incarcerated. Quite honestly, he helped guide me to a place of forgiveness and healing with my own father who has been incarcerated throughout the majority of my life.

I worked on Bert's 2014 campaign, in which his goal was to have young kids particularly young men of color become proficient in politics and what it takes to win. There were well over fifty kids, both male and female that worked on that campaign. When we were out door knocking, Bert taught the children that it is more important to listen to the concerns of the people than it is to talk. He stressed to them how important that skill was and how far it can take you in life. Many days when we were back at the campaign headquarters he would talk to the kids about what it means to be Black and that it is alright to be proud of who you are and where you come from no matter your socio-economic status. This was so impactful that it ultimately changed the life of one of the young men that worked on the campaign. The irony is that I didn't know until I mentioned writing this letter to my staff that the young man whose life was changed is currently on my staff and will be pursuing his Master's in Planning and Urban Development at The University of Michigan in the fall. Judge Leitman, I have enclosed a letter from him in this packet because he wanted to express to you and all that will listen how instrumental Bertram has been in his life.

Judge Leitman, I understand that you have to do your job and uphold the law. I am asking that in your determination of the future for the friend, father, leader and human being that I have described to you in the aforementioned paragraphs, that you find the compassion to show leniency in his sentencing. Bertram truly is a man that I believe understands the error of his ways and has the potential and proficiency to be a positive member of society. I humbly thank you for taking this letter into consideration as you prepare to render your decision.

Respectfully,

Hon. Janee' L. Ayers

I am writing this letter to testify to the character of Bert Johnson.

My name is Chris LeFlore. I am a policy analyst for Detroit City Council Member Janee' Ayers. This fall I will be attending the University of Michigan in pursuit of my Masters of Urban Planning and Public Policy. I am also the recipient of the 2018 Jack Kent Cooke Graduate Scholarship.

Bert Johnson is the reason for my start in public service. In politics, it is often hard to distinguish who is genuine and who is self-serving. From the moment I heard Bert Johnson speak, I knew this was a man whom I could trust. I have yet to hear a man speak more passionately about his community and his people.

In 2014, I was a naive college student, hoping to make a mark of good in the world. That summer, I went to my community meeting at Detroit's 11th Precinct Police Station, where I heard Bert Johnson speak for the first time. With his words, he painted the landscape of the many ills facing our community. Even more so, he provided direction for a young man looking for guidance. Immediately following the meeting, I rushed to speak with Bert, and we spoke in the parking lot of the police station for over an hour. Afterwards, I eagerly volunteered for his reelection campaign, and Bert returned the favor one hundred fold by becoming my mentor.

Bert Johnson has too many times took up the fight for our community, often by himself. In 2017, when 23 Detroit Public Schools faced closure by the State of Michigan, Bert led the charge in order to ensure our city's children would not be systematically denied an education. He has consistently stood up in the face of an overwhelming opposition in Lansing, refusing to back down, knowing that his community elected him to not only represent, but fight, for their interests. I can say wholeheartedly that Bert Johnson has done this and more, both as a State Senator, and a man.

In 2015, I applied to University of Michigan's Public Policy and International Affairs summer program at the Gerald R. Ford School of Public Policy. Bert went the extra mile to ensure I was accepted into the program. He wrote my letter of recommendation and, upon my acceptance, provided the extra guidance that gave me the edge among my peers. For someone with no connection to the political world, and with no father figure to provide direction, I cannot understate its value. Today I am proud to say I am returning to the Ford School of Public Policy, this time as a Masters student with a fully funded scholarship.

I have played a very small part in Bert Johnson's life, but he has played an enormous role in mine. Even more so, I am sure he is unaware of how big of an impact he has had. This is most likely the case for the many people who have come into contact with Bert. Individuals like him rarely wait around for thanks. That is why I am honored for the opportunity to provide testimony to this man's character and goodness. Nothing I could say can fully encapsulate his heart and his impact, but I hope that my words can at least provide a snapshot of how important he is to me and our community.

Sincerely,

Chris LeFlore



MICHIGAN HOUSE OF REPRESENTATIVES

STATE REPRESENTATIVE

**JEWELL JONES**

DEPUTY DEMOCRATIC CAUCUS CHAIR

11TH DISTRICT
STATE CAPITOL
P.O. BOX 30014
LANSING, MI 48909-7514
PHONE: (517) 373-0849
FAX: (517) 373-5967
E-MAIL: jewelljones@house.mi.gov

**COMMITTEES:**
COMMUNICATIONS
AND TECHNOLOGY
MILITARY AND VETERANS
AFFAIRS
REGULATORY REFORM

Honorable Matthew F. Leitman
United Sttes District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

My name is Jewell Jones, and I am the State Representative for Michigan's 11th State House District, as well as the Deputy Caucus Chair for the House Democrats. I had the pleasure of meeting Senator Johnson when I was transitioning from Inkster's City Council to the State Legislature during the Fall of 2016. At this time, I felt very welcomed by a plethora of elected officials, but some people went above and beyond to make sure I was well-positioned for success. Bertram was one of these people.

Being the youngest Member of the State Legislature is not always an easy task, but by cultivating meaningful relationships with strong, genuine leaders, the journey becomes much smoother. I can recall Bertram sitting down and having a conversation with me – the same conversation we still have to this day: "We've got to protect you. We've got to make sure you're okay. [And] we've got to make sure the people take care of you. You are our future." Hearing this from someone who I considered, simply as a colleague or possible mentor, changed my perception of him to that of a big brother. It's important, especially nowadays, to have good stewards of the profession; it's critical to show others the way and prepare them to negotiate obstacles that will present themselves in life.

It's clear to see that my colleague, and brother, Bertram, has some obstacles of his own that he must now negotiate. I am aware that he plead guilty, but I ask that you judge fairly – as you must, yet also judge in the interest of the community and the very many of us that Bertram has blessed with his presence, wisdom, and friendship. It is times like now when we need powerful, respected leaders in our nation, I believe it would be a disservice to the public to lose a gladiator like Bertram Johnson. Godspeed!

Yours in Service,



11TH DISTRICT
STATE CAPITOL
P.O. BOX 30014
LANSING, MI 48909-7514
PHONE: (517) 373-0849
FAX: (517) 373-5967
E-MAIL: jewelljones@house.mi.gov

MICHIGAN HOUSE OF REPRESENTATIVES

STATE REPRESENTATIVE

# JEWELL JONES

DEPUTY DEMOCRATIC CAUCUS CHAIR

COMMITTEES:
COMMUNICATIONS
AND TECHNOLOGY
MILITARY AND VETERANS
AFFAIRS
REGULATORY REFORM

Jewell Jones, State Representative, HD-11[th]
*Deputy Democratic Caucus Chair*



Return to Excellence

**OFFICE OF THE MAYOR**

HUBERT YOPP

July 25, 2018

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

I, Hubert Yopp, Mayor of the City of Highland Park, Michigan, did serve our country for seven and a half years on active duty and received an honorable discharge from the U.S. Army. I served the Highland Park community for 31 years as a police officer, supervisor, and manager. I also served four years as a City Councilman and Mayor from 2008 – 2012. I was re-elected effective January 2016. On behalf of Bertram Johnson, former member of the Michigan State Senate, I am honored to submit this reference letter..

It has been a pleasure knowing and working with Mr. Johnson. We don't meet people by accident; they are meant to cross our path for a reason. Bert is a long time friend and resident of the City of Highland Park. I have known him for approximately 17 years. His love for the city and community has never wavered.

I have witnessed his love for his Mother who resides with him and who continues to need his support. The unconditional love and guidance that he gives to his sons is admirable. His children are well-mannered and need their father.

Judge Leitman, I support Mr. Johnson wholeheartedly. Whenever he is called upon for support, he is there and available for myself and the community of Highland Park. Bert has been a blessing in assisting our city's growth and development.

Please do not allow this recent indiscretion tarnish the good that Mr. Johnson has done as a State Representative and Senator. As the Mayor of the City of Highland Park, and on behalf of the community, I personally ask for leniency on August 7, 2018, in the case of Bertram Johnson.

Respectfully,

Hubert Yopp, Mayor
12050 Woodward Avenue
Highland Park, MI 48203
313-252-0050 ext. 240 or 313-319-5102
      for
Bertram Johnson

HY/rh

ROBERT B. BLACKWELL MUNICIPAL BUILDING
12050 Woodward Avenue
Highland Park, Michigan 48203
Phone: 313-252-0050 ext. 240
Fax: 313-852-7320
hyopp@highlandparkcity.org

Glenda McDonald

251 Connecticut

Highland Park Mi, 48203

(313) 883-1048

Email: gmac_0818@yahoo.com

Honorable Matthew F. Leitman

United States District Court Judge

231 W. Lafayette

Detroit, Mi 48226

July 25, 2018

Dear Judge Leitman,

My name is Glenda McDonald and I am an educator in Highland Park Mi. I have lived in the city of Highland Park for over 47 years and had the pleasure of meeting Bertram Johnson over 10 years ago. Bertram and I became friends right off and started working together to make sure the children in Highland Park needs were addressed.

As an educator, I fought tirelessly to make sure the school aged children in my city have all of the tools needed to be successful. Bertram Johnson stood side by side with me in the fight against those that stood in the way of our children becoming well rounded citizens. I also invited Bertram to join me in the fight against illiteracy in my city and he rose to the challenge. He made sure to come to the school where I teach and read to our children and also to share words to the older young men in the school. He has participated in numerous community service projects with me and for that I am very grateful. Each year our school has a welcome back to school clap in and Bertram Johnson made sure he

was there. The look on our student's faces as they entered the building said it all. Bertram is not only my friend but he is a very important part of my community.

I am asking that you please consider being lenient in sentencing Bertram because I really need him to continue helping me with our young people in the city. The youth have a lot of respect for him and so do I. I am aware of his admittance to making a mistake in judgment and I am quite sure if giving the chance he would gladly help to turn this situation into a opportunity to continue to help his community thrive.

Thank you so much for your time and consideration. If you have further questions, please feel free to contact me at the number or email listed above.

Respectfully,

Glenda McDonald

Your Honor,

My name is Rodney Patrick and I am President of the Highland Park City Council. I've known Bertram Johnson for almost 20 years, at a time *before* he was a State Representative, then State Senator and *before* I was a City Councilmember and now City Council President. Our friendship during this time has been based on a commitment to bettering our community. He is community servant colleague, an ally, but more importantly, a friend. Both of us have been committed to changing the lives of everyone around us from our families, our friends and our community. Its a unique and very needed perspective.

The character of a man is his willingness to commit to a cause that will help the people that he serves. During his time as State Senator, I've witnessed Bert time after time spend his political capitol to assist a financially challenged city like Highland Park, which a number of his colleagues has just cast away and left for dead. With the aforementioned in mind, one such occasion occurred when then Senator Johnson testified on the city's behalf to the State Treasurer. Bert laid out a series of events that helped lead Highland Park down a dark financial path. This testimony helped save an entire city. Highland Park was able to file and have its deficit election plan approved and we continue to move forward since that day. We've never had a Senator give some much of himself for a cause nor do we want to let him down.

I'm aware that Bert has pleaded guilty; however, a guilty plea doesn't have to translate to a 'life changing sentence'. Bert and his family have been positive contributors to the city. As the President of the City Council, I can say that the City of Highland Park is better because Bert Johnson is a member and resident of the community. Our City *needs* Bertram Johnson to continue to be an active resident.

Sincerely,

Rodney Patrick
President
Highland Park City Council
33 Moss Street
Highland Park, MI 48203
313.585.4777



**ASCENDANT GLOBAL**

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

July 24, 2018

Your Honor:

I, Rodrick T. Miller, write this letter of support to provide you with additional context as you consider sentencing for Bertram Johnson. I have been in the Detroit area for four years and have grown to love this community. I was recruited here to serve as CEO of the Detroit Economic Growth Corporation (DEGC). The DEGC is the economic development agency charged with leading the economic revitalization of Detroit. The DEGC was an important agency in providing support to the city through the bankruptcy process and was responsible for bringing companies such as Microsoft, Sakthi Automotive and Lear Corporation to the city. Prior to leading that organization, I established the economic development agency and led the economic recovery for New Orleans post-Katrina. Most recently, I've launched an economic development consulting firm supporting communities such as Puerto Rico, Flint, and diverse others in their economic growth efforts. Bert Johnson, was one of the first friends that I made in Detroit in 2014 and he continues to be someone I respect and admire.

I met Bert through work and have found him to be a consistent advocate for fairness, opportunity, and justice. Bert supported my leadership at the DEGC, provided me with needed connections to an array of business and civic leaders, and offered sound counsel as I navigated the local landscape. There were those who tried to create landmines for me, questioned my credibility to lead economic development in Detroit as a non-native, and aimed to undermine the organization's ability to drive job growth, attract private investment, and create economic opportunity. Bert pushed and advocated that I be given a chance to lead, made sure that I met local leaders with divergent views so that I could understand different perspectives, and consistently pushed me to make the decisions that I viewed as appropriate. I'm forever indebted to him for his kindness, honesty, and friendship. As our relationship developed further, I met Bert's father and other family members and got to see Bert as a family man. Personally, he is loving, kind, and generous. Professionally, I've found him to be an ardent defender of disenfranchised communities, a balanced voice in a room that tends to be dominated by extremes, and one who engages with his work fully. He loves the Greater Detroit Community and has spent much of his adult life trying to make things better in this community.

I understand that Bert has plead guilty. While I may not know all of the details of what occurred, I know that he is a good man, regretful of the actions that led to this painful event, and he will work doggedly to be a better member of society. I support him and ask that your honor consider leniency in sentencing. I respectfully request that you consider the character he is demonstrated in other areas of his life, the many things that he has done to better life for people in Southeast Michigan as a legislator, and his leadership as a family man. I generally do not write letters of support in these situations, but Bert is a special person and harsh sentencing would be more damaging than helpful to Bert, his family, and the Detroit community. Thanks in advance for your consideration.

Respectfully,

Rodrick. T. Miller
313.244.8375


+1 313 244 8375


RODRICKMILLER@
AscendantGC.com


241 Madison Street
Suite 37
Detroit, MI 48226

*From the Desk of*
Judge William C. McConico
356 Arden Park Boulevard
Detroit, MI 48202

---

7-27-2018

Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Your Honor,

My name is Judge William C. McConico. I have been a Judge of the 36th District Court for the past 8 years. I have known Bertram Johnson for over 30 years. Our history began as Freshman at the University of Detroit Jesuit High School. Our relationship spanned from friends,to work associates, and deepened as we both became husbands and fathers.

There are several things I know to be true of Bert- He cares about people. I watched him first while he worked for me, and then as he assumed office, give the same caring attention to a citizen whom he helped with a concern, as he did working issues on the floor of the house and senate.
The Bert Johnson I know, sat at the deathbed of a former city councilman in Highland Park, not because it would garner him any political favor, but for the respect and love he has for the elder leaders of our community. These actions are sincere and that is the core of Bert Johnson. I can say to you that Bert has always had the love of the community because they know the heart of this man. They know the care that he put into every outreach, be it a phone call, a visit to their house, a community meeting, Bert was always genuinely there for the community.

The other thing I know about Bert is he is a great friend, In 2016 I suffered a brief, yet scary illness. My wife reached out to Bert without my knowledge and he dropped

everything to be there for me. His words of comfort and care truly got me through one of the most trying times of my life. Again, Bert has been my friend for over 30 years, and in that time, we've shared ups and downs, maybe even times when we weren't as in contact as we could have been, but I know in my heart that if ever I need him, he will be there.

The most important thing I know about Bertram is he is a great father. I've watched him through the years, especially with his sons, and wherever he was, they were there. Whether learning about campaigning, rooting along at football or basketball games, or convening rites of passage sessions for them as they enter new territory as young men. The love between this father and his sons is truly endearing.

It's this role, the role of father, I especially ask you to consider as you decide on the sentencing of Bert Johnson. As a Judge myself, I am aware that Bert will be sentenced. I ask you to take into account that Bert is much more of an asset within the community than away from it. Bert's children are all at pivotal ages and they need their father. They depend on him. Bert's community and friends love and support him, we need him as well, but if anything should be considered, please consider his children.

Thank you for your consideration.


Respectfully,

William C. McConico
Judge of the 36th District Court
The State of Michigan

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

My name is Diane Taylor. I am employed with American Renal Associates and Beaumont
Community Health. I have lived in the metropolitan Detroit area all of my life. I am married
and have two sons. I am writing on behalf of my nephew Bertram Johnson. Bertam is the
oldest son of my brother. I have watched Bertram grow from a child into a man. We are close
in age so he is more like a younger brother.

We are a large and close family. There are a lot of nieces and just a few nephews. Bertram is
the eldest of the male grandchildren. He is like a big brother to his younger cousins. As a result
of this relationship I have asked Bert to reach out to my sons as they were growing up to give
them advice from a man's perspective. I recall a story when my youngest son was working on
Bert's senate campaign. There was an issue they were trying to figure out. My son was
probably 14 or 15. He presented an idea to fix the issue. Bertram was like "wow Nigel that's a
good idea". Bertram knows that young people have ideas and input worthy of hearing and
considering. He does not discount your input because of your age. He regularly asks the young
people around him for their thoughts and insight. He is a role model to many. He has shown
that you can make mistakes and come back from them to be a productive and contributing
member of your community.

I am aware that Bertram has plead guilty to the charges brought forth. Since pleading guilty
Bertram has remained in his community. He continues to work and provide for his family. His
mother has health issues which would require her to leave her home she shares with Bertram if
he were taken into custody. Although she is functioning, she could not safely live alone. This
would be a terrible disruption for her and the stress of the situation could make her condition
worse. Bertram has sons who are juniors in both high school and college. These are formative
years for his sons and his absence would be detrimental to them. Bertram is a hands on father.
He is present in his son's lives at their football games, track meets, parent teacher conferences,
helping with homework and late night talks. He cherishes this role. Bertram is a good father,
son, nephew, mentor and provider for his family. Removing a hands on dad and man from his
son's only does harm. Allow Bertram to remain with his family, pay restitution do community
service and continue to contribute to society **without** jail time. Your Honor you have the
opportunity to keep a family intact. **Please do not break up this family.**

Respectfully,

Diane Taylor

Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

I have one son and one daughter. I have been married over 28 years. I am employed as an Outreach Caseworker II for over 21 years. I have a Master of Science Degree in Public Administration.

Bert Johnson is my nephew. His father is my older brother. Bert and his siblings used to live with my family when he was younger. I watched him mature and purchase homes, cars, get married, raise his children, run for political offices and so much more. He was a groomsman in my wedding.

He has helped other leaders win elections. When he ran his own grass roots campaigns, they were top notch. He was the only person running that I knew of who made sure that his workers met at his home and had breakfast, then workers were transported to their polling locations. I was one of the volunteers who helped make or pick up lunches and dinners and delivered them to the workers at the polling locations. After all of the hard work, he won the elections to become a State Representative and State Senator.

If Bert could not help you with a issue or problem, he would give 100% to try to find someone to help you. I love the way that he interacts with his constituents, the community and his family. He is genuinely concerned about their wellbeing, especially his mom (who has Multiple Sclerosis) who lives with him. His daughter just graduated with her master degree, his son is a junior in college, and his other son is a junior in high school. Bert has made and continues to make sacrifices so that his children and mom can live their best life.

My proudest moments were seeing him in action as a great father to his children and becoming a State Senator. No matter what happens in his life, he will always be Senator Bert to me. I love my nephew and I have talked to him about his past, present and future.

I know he pleaded guilty to the charges; however, locking Bert up be a detriment to our family and the community. He has made some mistakes; however, he has made a whole lot more exceptional great decisions. Bert is a father, nephew, son, brother, uncle, cousin, friend, smart man with a good heart and great intentions.

I am sincerely and respectfully asking that you sentence Bert to **No Jail Time**. I hope and pray that you find in your heart to sentence Bert to probation, perform community service, and pay restitution.

Thank you, Your Honor, for taking my thoughts into consideration as you deliberate on the appropriate sentence.

Sincerely,

Rhonda Terry
27214 Belmont Lane, Southfield, MI 48076
(248) 417-7119

# ALLEN BROTHERS

ATTORNEYS AND COUNSELORS
A PROFESSIONAL LIMITED LIABILITY COMPANY
INTERNATIONAL CENTER
400 MONROE • SUITE 620 • DETROIT, MI 48226
PH: 313.962.7777 • FX: 313.962.0581
WWW.ALLENBROTHERSPLLC.COM

August 28, 2018

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Re:    Bertram Johnson

Dear Judge Leitman:

I write to express support for my friend, Bertram Johnson. I do so with full awareness that he has pleaded guilty to a violation of the United States Code. I am further aware of the factual basis under which Your Honor accepted this plea. I base my letter on observations I have made in the twelve years or so since we met.

At the onset, I want to make clear to the Court that Bert has never hidden the fact that, at a very young age, he committed a crime and spent some important years paying for that mistake. I have always admired the manner in which he came back from that experience. As someone who has been both a prosecuting and defense attorney, I often held Bert out to young people that made similar mistakes that redemption is always a possibility and that an entire life does not need to be wasted merely because of one mistake, even a serious one. I have had Bert speak to clients and other at-risk young people about his experiences and I firmly believe that he has positively altered the lives of many who had lost hope that they could recover from even serious mistakes.

I know that Your Honor cannot overlook the fact that Bert has, once again, fallen. Those of us who love and know Bert are saddened that his conviction in this case will undoubtedly overshadow his tireless work on behalf of the poor, the

under-represented, and the forgotten among us.  As a local official in two of the communities that Bert served, I can speak with some authority about the lengths to which Bert travelled to make sure the voices of our communities were heard. While we were often powerless to change a tidal wave of policy that had disastrous consequences for communities of color, we knew we had a champion who could clearly convey a message that desperately needed to be heard in Lansing's corridors of power where his voice amplified those he proudly served.  I am not alone in believing that, during some of the most contentious political struggles of the past decade, Bert's strong and consistent voice gave many of his constituents some of the only evidence they had that they still mattered.  As a local official in three communities teetering on the brink of emergency financial management, there was only one state official that always picked up the phone when we called. That state official was Bert Johnson, a legislator that had the decency and respect to spare us the usual platitudes and provide us the insights we needed to literally hold our communities together in their darkest hours.

It is a sad reality and perhaps a part of the human condition that, in the words of Shakespeare, "the evil that men do lives after them; the good is oft interred with their bones."  For present purposes, however, my fervent hope is that we are many years away from delivering such words for Bert and that Your Honor can take into consideration a much broader perspective than the one provided by the poor choice that has him in front of you for sentencing.  I believe that the Court's mercy will not be wasted and that, if afforded the opportunity, he will find some way to contribute to our community in a positive way.

Respectfully submitted,

James P. Allen, Sr.

Cc: John Shea via email at Jashea@earthlink.net

**To:** Honorable Matthew F. Leitman

United States District Court Judge

**From:** Carmen Johnson, BSN-RN

**Date:** 08/27/2018

**RE:** Character Reference for Bertram C. Johnson

Your Honor:

My name is Carmen Johnson. I am a Registered Nurse in the automotive industry, here in the Detroit area. I also coordinate a yearly health care fair for the community, where free services are provided to hundreds of people. I am affiliated with several professional nursing organizations, as well as a member of UAW. I have known Bertam since he was a teenager. I married into the Johnson family in 1991. The young Bertram was a groomsman in my wedding.

I have been fortunate to engage with 5 generations of the Johnson family. It is the value system of this family that has humbled me the most. To watch Bertram's great grandmother, grandmother, and his parents nurture and guide Bertram, and the other children of this family has been amazing. Bertram was raised with honor and dignity. He was raised to not just be successful, but to make an impact on the world. He was raised to be loving, and respectful. He was raised to care for those around him, especially those unable to care for themselves. I have witnessed Bertram become a man: a husband, a father, a politician, a homeowner, a leader in the community, a leader in our family. It has been truly awesome to watch him raise his children with the same values that were instilled in him.

Last year I had the opportunity to provide relief work in Puerto Rico following the devastating hurricanes. I, along with several UAW workers from Michigan were a part of a group of 327 union workers from various trade unions around the country. The effort was organized by AFL-CIO. We were there for 2 weeks. Each day there we were confronted by physical and emotional challenges that exceeded our imaginations. Upon return to our respective states, we watched our team members from other areas being acknowledged by their state governments, or unions. NO ONE in Michigan acknowledge the efforts of the Michigan team sent. That is, NO ONE, until Senator Johnson stepped in. He acknowledged the efforts of each member of our group with a personal proclamation from his office. Our group often reflects on that experience, and we are thankful that someone in our legislature was kind enough to acknowledge our sacrifices. That is the kind of person Bertam is... He is an advocate, or champion for those who are often overlooked, or left behind. That is what has been instilled in him. This is who and what he is.

I am aware of Bertram's guilty plea. I respect the courage of his decision. It is my hope that you will consider the man that he is: to his mother whom he is her primary care giver, his children who depend on his guidance, and to his community (where fathers are often absent), as he continues to be an example of the effects of an engaged father on his children. He is needed in his home, in his family and his community.

Respectfully,

Carmen Johnson

August 29, 2018

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Your Honor,

My name is Monica Marie Jones and I am a National Field Consultant, Trainer and Coach providing professional development and quality assessment for Youth Development Professionals and organizations in Detroit and around the country. Additionally, as an entrepreneur, I feel that it is my duty to share my expertise with my community by serving as a personal and executive coach for individuals and small business owners in Metro Detroit. I hold Bertram in high esteem as both a close friend and colleague of four years. In that time Bertram has added infinite value to my life as a mentor, thought partner, and wise counselor.

Words fail to capture the depth of genuine care and commitment that Bertram has for his constituents, family, friends and the greater community. Much of this can only be seen through in-person observation, as few of his actions are captured through pictures, news, or social media. Who Bertram is at his core can best be measured and defined by how he shows up for people when no one is watching. There have been several instances where I've observed Bertram going above and beyond his responsibilities as a public servant.

One of my most memorable moments of seeing Bertram's grace in action was during a meeting at a new restaurant in downtown Detroit. I looked on in silent admiration as he authentically engaged with the young man who was our server. He used thought provoking open-ended questions, which is one of the research-based best practices that I teach in my trainings on how to engage youth in a high-quality way. This skill came naturally for Bertram. When he learned that this young man had moved from Chicago to escape the bleak fate of many of his peers who were threatened by violence and other unfavorable circumstances, Bertram sprang into action.

I looked on in awe as Bertram gave this young man his undivided attention. In an instant they went from strangers to partners in the design of plan for this young man's future that would place him on a guaranteed path to success. They exchanged information and I later learned that Bertram connected him with a national leader who would afford him the experiences necessary to achieve his ultimate goals. In this instance I was privileged to be a witness, but the Bertram that I know, does things like this every day, multiple times

1

a day…when no one is watching. I can't help but be reminded of the John Wooden quote, *"The true test of a man's character is what he does when no one is watching."*

In a world and a time where our attention span is less than nine seconds as a result of technology and social media, Bertram still engages people in a real and deeply meaningful way.

I am aware of the circumstances that led me to have to write this letter. I am even more aware of the need for men like Bertram who are the foundation and strong pillars who uplift and encourage our community and our youth. Our youth shape our communities and our future. Just one caring adult is often the determining factor as to whether youth overcome the trauma that they are exposed to everyday and persevere to become successful adults. Bertram's freedom to continue this great work in our community is an investment in our society that will reap a high return.

Bertram is the father that his children need, the son and caregiver that his mother needs, the friend and mentor that his peers need, and the purpose and passion driven servant leader we all need. I am in full support of his ability to continue to be able to fulfill these necessary needs in our community. Taking all of this into consideration, I respectfully ask that you offer the most lenient sentence possible so that Bertram can continue to be an asset to his family, our community, and society.

Most Sincerely,

*Monica Marie Jones*

Monica Marie Jones, MSW
Youth Development Trainer, Consultant and Coach
19491 Westphalia
Detroit, MI 48205
(734) 945-9129

2

August 28, 2018

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Your Honor:

My name is Mrs. Simone Lightfoot and it is in my capacity as a community organizer, advocate and elected school board member to the Ann Arbor Board of Education that I have known Mr. Bert Johnson for over eighteen years.

I am writing this letter in hopes that it helps you view Mr. Johnson beyond just a defendant or another case file. My experience with Mr. Johnson is one of friendship, a member of the community and one who not only loves his family, but takes tireless care of them. From his minor children to his mother with special needs, Mr. Johnson's commitment to serve extends broadly to those most in need.

Over the years, I have both watched and assisted Mr. Johnson take on high water bills for the citizens in Highland Park as well as fighting against the dismantling of the Highland Park school district. Mr. Johnson has been there to mentor countless young people and helped influence critical public policy.

In your capacity to render sentence in this case, I would ask that you weigh with great consideration the many lives and responsibility for care that Mr. Johnson is responsible for.  The skills, ability, network and earning capacity that Mr. Johnson possesses would be far more beneficial to the community as part of consideration for probation and without the intervention of jail time which would be detrimental to all concerned.

Mr. Johnson has a plethora of opportunities, relationships and support to ensure he can acquire gainful employment and fulfill the financial obligations imposed by the courts as soon as possible. It is with great humility that I request and hope that you take each of these factors into consideration in determining the appropriate sentence.

Respectfully yours,

Simone Lightfoot
2733 Arrowwood Trl.
Ann Arbor, MI 48105
313.585.1052 c

The Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

August 29, 2018

Dear Judge Leitman,

I am writing this letter in support of Bertram Johnson. I currently work for the Wayne County Treasurer's Office but in my previous life of just a few years ago I was a Wayne County Commissioner (4 terms) and a Member of the Michigan House of Representatives (2 terms). I have known Bert for over 10 years, both as an elected official and as a friend.

I am aware that Bert has pleaded guilty to a federal offense. This was a big surprise to me when I read this in the paper as it is not the man that I know. I know Bert as always willing to support a project or community incentive, and always willing to mentor or address neighborhood kids. I have personally had conversations with Bert outside his campaign headquarters on Woodward where he would stop and talk to EVERY kid that walked by, usually calling them by name. He would pause our conversation and inquire of the child how school was going, who their parents were, etc. Bert would then tell them that he would be watching them and encouraged them to stay in school and not get into trouble.

I have also been in attendance, more than once, as Bert addressed a large gathering like a high school graduation and shared his life story. I welled-up as he told the crowd about growing up on the streets of Detroit, witnessing first hand murder, death, drugs and seeing his childhood friends go off to prison. It was truly inspiring to me, and those he spoke to, to hear how he overcame those odds to graduate from U of D Jesuit. Bert was very open on the mistakes he made as a young man. He owned his mistakes and he told the youth in graphic detail what his prison experience was like. I saw how Senator Johnson's words to the graduates resonated and I know that he has inspired many to be the best person that they can be.

I know Bert Johnson as a kind, generous, hard working man who always treated everyone with dignity. In my experiences with Bert, I have always known him to be a strong family man that supports his community. As a legislator, I witnessed Bert fight for those less fortunate. A great example is when a law allowing for payment plans at a reduced interest rate for those behind on their property taxes was set to expire. I went to Senator Johnson and explained how this particular law helped those many homeowners throughout all of Wayne County about to lose their homes. Senator Johnson personally shep[a]rded the three-year extension through both houses and onto the Governor's desk. Because of his efforts, over 36,000 residents have utilized his bill to save their home from tax foreclosure in just Wayne County.

I believe that Bertram Johnson is truly remorseful for any wrongdoing.  I would ask that you also consider the very beneficial things that Mr. Johnson has done for our community and his dedicated years of public service.  I do not know the sentencing guidelines for the charge Mr. Johnson pled to, but if at all possible, based on his community ties and involvement, Mr. Johnson may be a candidate for mandatory public service hours to further give back to the community.

I thank you for your time and consideration.

Respectfully,

Phil Cavanagh
12126 Centralia St.
Redford, MI 48239
313.213.5022

Tobias Smith
2566 e. grand blvd. #241
Detroit, Mi
48211


Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

My name is Tobias Smith. I am a legal video specialist and former community liaison for Bert Johnson from October 2016 to March of 2018. I have known Bert since 2012. We met while I was filming a documentary for the EAA of Michigan. He was not a fan of the EAA, but gave them a fair look before making his final determination.

During my time as community liaison, there was one particular story that always stuck with me. There was an elderly woman in the community who was in the process of being evicted from her home of over 30 years. She explained that she had children and grandchildren who lived in the home, causing multiple generations to be without residence if she lost her home to taxes. She spoke with Bert, explained her situation, and he immediately went to work for her. In short, this constituent was not kicked out of her home, and as a result, legislation followed for all Michiganders that requires cities and counties to work with home owners to help them keep their homes.

Bert is a very thoughtful son and father, taking care of his mom (who has Multiple Sclerosis) and 4 children very well. He is one of the most upstanding gentleman I've ever met and an honorable man amongst kings. Witnessing everything since the indictment has been extremely difficult for me as someone who personally knows the character of Mr. Johnson. He is immensely concerned about the well-being of his family and how they will be cared for without him around. Bert Johnson is always the first to admit that he isn't perfect but is also the first to offer two helping hands in times of need. He's the kind of guy that will not only teach a man to fish but will provide the bait, boat, and fishing rod for use.

Bert is a mentor; he and I have a healthy friendship. I always look forward to receiving his knowledge and guidance. Last year, I struggled to maintain a positive romantic relationship. Bert gave me the most honest spiritual advice about my situation. He told me that the energy I put into my relationship is what I would get out of it and that spiritually I could create a reality for myself that would be very beneficial and healthy if I approached my relationship with purity and love. I fought the idea early on. Today, I'm in a committed relationship that has helped me spiritually, emotionally and physically. After being diagnosed with Diabetes in November 2018, my dad suffering a stroke, and having 7 personal friends pass away in December 2018, I was depressed. My relationship

is so healthy today that I worked thru my health problems and emotional issues in less than 6 months with the help of his ongoing advice.

Judge Leitman, I ask that you find it in your heart to offer a sentence that allows Bert to continue to care for his family.

Respectfully,

Tobias Smith

Tobias Smith

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

My name is Rosalie Cornelious, and I have written his letter in full support of my son, attempting to shed some light on his character and upbringing.

Our larger extended family has lived on Detroit's near west side for decades since the 1920s. So when Bert's dad and I purchased a small two-bedroom Cape Cod much further west in the 1970s, it was a really big deal for our little family. 12892 Asbury Park was perfect setting for the young life of Bertram Courtney Johnson.

He was enrolled in the Montessori pre-school program at Mercy College. He was an inquisitive, outgoing, independent little guy. His dad was finishing undergrad at Mercy College and I worked nights at the post office.

During his especially formative years, we lived in the Russell Woods area of the City. We lived with "Mom," his dad's mother. Ours quite possibly could have been considered a storied enviable life. Our home was stable as we lived with a loving, praying grandmother and under the watchful attentive eyes of young aunts and uncles. Some of the neighborhood kids called us the Brady Bunch.

Most of the kids in our neighborhood went to the public schools in the area. But I needed the reassurance that my kids would learn to read and write with understanding, so I sent them to parochial schools. It was safe then to rely on public transportation and I could trust Bertram to follow directions, so every day Bert and Brandy (his younger sister) rode the Dexter bus to Gesu School.

Bert really seemed to understand and appreciate that we were indeed very fortunate to have our particular family dynamic. Some of his neighborhood friends were living under completely different circumstances. The social landscape of once stable, secure households was rapidly deteriorating with the influx of drugs into our community. Fathers were becoming more noticeably absent, mothers too were falling victim to drug use, and former peers were being seduced in their youth for the distribution of this poison called crack.

Our family was our refuge in the midst of the raging storm, and our family's values encouraged education in spite of it all.

During these teenage years, Bert learned to cut hair at his cousin's barbershop on Dexter. There, Bert developed compassion for others while listening to his clients' stories of their personal struggles and their frustrations. He was a good listener and a trusted confidante to many of his clients.

Bert's grandparents played as significant part in Bert's maturity. His grandfather Bertram was a union organizer and his life's work triggered an appreciation for local history in young Bertram. His great-grandmother suffered the life-changing event of a stroke and he spent a considerable amount of time with her too, attending to her needs for companionship.

That he took a serious interest in politics came as no surprise to me, his mother. It seemed a natural progression in his life as he truly became a "man for others" (from U of D's mission statement).

When we pause and reflect on our lives (I live with him now), we are absolutely amazed at the range and the depths of his life's experiences, the skill sets he's developed, the challenges he's faced, and the possible meaning of it all. We remain prayerful, humble, and optimistic in the resolution of his court matters now, with recognition that he has accepted a plea deal and is awaiting sentencing.

If I may, could I request that you consider a more lenient sentence for him?

My well-being is inherently safeguarded by his presence. I have the relapsing, remitting form of multiple sclerosis. MS is a progressive degenerative disease of the central nervous system and brain. My relapses are varied and unpredictable, my disability progression quite obvious. Bert has on many occasions had to help me up from the floor, get me out of the bathtub, and taken me to the emergency room for treatment – rising time and again to the call for service and compassion.

Bertram has become my principal caregiver, always on call and deeply committed. I need him to help me navigate my life.

I thank you for taking time to read this letter.

Respectfully submitted,

Rosalie A. Cornelious

The Honorable LaTanya Garrett
15355 Cherrylawn
Detroit, MI 48238

The Honorable Matthew F. Leitman
Theodore Levin U. S. Courthouse
231 West Lafayette
Detroit, MI 48226

August 22, 2018

Dear Judge Leitman,

Your Honor, I write to you today to attest to the character of Mr. Bertram C. Johnson.

I currently serve as the state representative of Michigan's 7th House District in my second term. As a legislator and as someone who lives in the community in which I serve, putting the needs of the people has always been my first priority. That is a valuable lesson that I learned from my colleague, friend, and spiritual brother, Mr. Bertram C. Johnson.

I met Mr. Johnson in 2014 after I was elected to my first term in the Michigan House of Representatives. At that time, he served as the state Senator for Michigan's 2nd Senate District.  He was a senior member of the Michigan Legislative Black Caucus and the Detroit Caucus. Mr. Johnson instantly became a mentor to me, patiently showing me how to successfully navigate Lansing and how to be an astute legislator.  Mr. Johnson and I both served the city of Highland Park.

My first assignment in the legislature was to assist the people of Highland Park with a water crisis. They faced a potential $20 million levy for emergency water usage from the Detroit Water and Sewerage Department, which had the potential to bankrupt the city and force the residents out of their homes. Mr. Johnson worked deligently and passionately with me to put on town hall meetings in Lansing and Highland Park to inform the people of what was at stake and how we as their state legislators planned to help them. He also helped arrange meetings with senior legislators, civil rights attorneys, water-billing experts, civic leaders, and community activists to discuss solutions to such a terrifying circumstance that Highland Park faced. Our unified efforts gave peace and comfort to a community that was experiencing tremendous anxiety.

Personally, Mr. Johnson has always been very compassionate and concerned about the well-being of my family. An instance where this was proven in dynamite fashion occurred in January of 2017.  I had just given birth to a beautiful baby girl, but my family was instantly devastated to find out that she was not as healthy as we expected. My daughter was diagnosed with a rare form of epilepsy, which triggered 75-100 seizures daily. When Mr. Johnson discovered the gut-wrenching heartache that my family was enduring, he instantaneously stood firmly as the support system that we needed. His daily phone calls became relief for us from the emotional trauma and encouragement for us to keep going forward. In the process, he became a big brother to my husband and I. Mr. Johnson, who obviously has been going through his own personal trials and tribulations, still makes time to check in with me daily to see how my family is doing. That means more to me than mere words can express.

I firmly accept and understand that if one commits a crime in our society, then there must be repayment to our society. I am certain that Mr. Johnson also accepts and understands that. However, Mr. Johnson has been an amazing asset to our community. He has a natural zeal and passion to help others in their time of need. He makes it his duty to assist our elderly by providing frequent health screenings and food for them for the holidays. He lends his time to our youth by providing additional educational resources and mentorship to bolster their confidence, self-esteem, and academic and athletic achievement.

Mr. Johnson has a gifted mind. He is a natural teacher and has been freely sharing his wisdom to our community. His unselfish nature leads him to offer his gifts as a forward payment to the empowerment of generations to come.  His whole goal has been to stabilize and empower his neighbors. Therefore, losing Mr. Johnson for any amount of time would put a damper on our community due to the time, effort, and compassion that he so faithfully and diligently pours out to the people.

Upon sentencing, Mr. Johnson will not only be absent from the community but absent from the lives of his children and his elderly mom. He has shown himself to be not only a GREAT and COMPASSIONATE community partner, but also a GREAT and COMPASSIONATE family man. His family greatly needs him.

In conclusion, Your Honor, it is my plea that when you consider sentencing Mr. Bertram C. Johnson, I ask that you also to consider the positive impact that he has had on the community and the potential he still has to be an amazing member of our society. Therefore, I humbly ask you to be lenient upon sentencing Mr. Johnson. Please consider all of the good things that he has done and know that he truly regrets the actions that have brought him to your court. I am certain that he has learned from his mistakes and is prepared to use this situation as a teachable moment.

Thank you for all of your time and consideration.


Sincerely,

The Honorable LaTanya Garrett
State Representative
Michigan 7th House District

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman

I'm Adam Hollier the Democratic nominee for the State Senate in the 2nd District, First
Lieutenant in the United States Army Reserve, Director of Government and Community
Relations at the Michigan Fitness Foundation and a resident of the 2nd Senate District.
From 2009-2012 I served as Bert Johnson's Chief of Staff.  He was a groomsman in my
wedding, I coached his sons in Pop Warner football and he served as my campaign
manager this summer.  Bert gave me my first job out of graduate school.  I have known
Bert for almost a decade and have had the opportunity work for him, work with him and
for him to work for me.  We have been friends, colleagues and most things in between.
I serve or have served on the board of various community development agencies,
neighborhood organizations and civic groups with the goal of bettering the lives of the
people in my community.   Bert connected me with his father who served as my
attorney which became critical to me purchasing my family's home.

I found out about Bert's indictment while driving up Woodward and seeing the FBI raid.
Shortly thereafter my phone was flooded with calls from friends, neighbors, co-workers
and reporters.  I didn't have any information about what was going on why it had
happened.  I can't speak to the facts of this case, I wasn't working in the office when the
alleged actions occurred, and I do not know the woman who provided testimony.  I do
know Bert though, and that's what I told the Special Agents when they called me
requesting an interview.  I invited them to my home and we spoke around my dining
room table.  They asked me about my time in the office and then asked me about Bert's
character.  I explained our relationship and how close we had become and remained
through the years.

I told them about my role in the office and how Bert attracted individuals who needed a
second chance and as someone who received a mulligan he was often too eager to

provide people with that same opportunity. He did it time and again with people who burned him. Much of that came down to Bert's desire to be liked. He routinely had long conversations with me about how it was my job to be the proverbial "heavy" or "bad guy," he needed that because he never did a great job managing the expectations of people. Bert is a dreamer, he wants things to go right and works to get them to that place. Unfortunately, things go wrong and his nature is to surround himself with people he can help and not enough people who can help him. When I worked Bert I helped protect him most often from himself. I don't know if anyone did that after I left. For example: Bert hired a 23-year-old recent graduate from University of Michigan to serve as his Chief of Staff not because of resume, work experience or credentials. He hired me because he remembered my father from his short-lived time at the Detroit Fire academy. My dad that kind of guy, the type of man that people respect and remember. But the apple often falls far from the tree, I like to believe it didn't with me but it can. Bert hired me because "If I was half the man my father was, I was the man for the job." He gave me the job right then a Friday morning at McDonalds. He wrote my job description on two napkins. Though I still have them and framed them if you asked him to provide those documents he couldn't. If you asked him to provide proof of my work, like a work product or an accounting of the hours I worked, he couldn't. This is someone I rode to Lansing with multiple times a week. We carpooled some days I drove somedays he drove. We went to community meetings together or separate there was a great deal of trust in me to do my job. It worked out with me but it didn't with some of the other people he gave an opportunity.

That trust went both ways. When I found out about Bert's guilty plea and that he would be resigning, I asked him to do something everyone in the world thought was a bad idea. I asked Bert to run my campaign. I told him, I couldn't afford him, that I know politics was the last thing he wanted to be a part of, but I needed his help to win. I've lost two races; one for State Rep and one for City Council. They were both very close races against well-known candidates. He didn't want to do it, but he did, and it was good for both of us. This summer we knocked doors, talked to residents and did a lot of listening. So many of the people in the district have been involved with the criminal justice system and their families were hoping that they could do something afterwards. Bert really helped bridge the gap as someone who has had his issues but keeps trying to do good. I think we were really able to do so this summer and I know if presented the opportunity Bert would continue to do more good in a community that really needs the help.

I know Bert plead guilty and I understand the importance of taking responsibility for your actions. But as the man who was elected to replace him in the legislature I would ask that you send him back to the district. Put Bert back in the community, into the neighborhoods that need the help and want to see him turn good on all the potential he has always shown. Send him back to the community groups that put their trust in him eight years ago to answer for his actions. What he did was dumb but the residents of the 2nd district need people working, they deserve results and Bert doesn't do anyone any good in prison. Make him pay a fine, make him serve community service, make him go back to the people he defrauded and serve them. The people who lost in this whole process are the people who didn't have a state senator for more than six months, the people who couldn't call the office and get help.

Bert has been a blessing in my life, let me be that to him. Instead of sending him away to sit in a room, send him back before the people who voted for him, send him back into the neighborhoods where they needed his advocacy and impact. I ask simply that the punishment you levy seek to provide the people most harmed with some redress.

I hope you will consider sentencing Bert to as little prison time as you are able and that you instead allow him to spend that same time doing the people's work; volunteering in his community, talking to people about his mistakes and actually working to atone for them. Bert can be a productive member our community and I know he wants to do just that.

Very Respectfully,

Adam Hollier
31 Arden Park
Detroit, MI 48202
(313) 418-0159

Honorable Matthew F Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

I write this letter of support on behalf of my brother, Bertram C.
Johnson.

As the two oldest of four siblings born to both of my parents, Bert and I
have always shared a close relationship. In hindsight, this seems inevitable:
when we were young, my mother worked 7:30am – 6:00 pm shifts at the post
office and my father was not in the home. It was thus on Bert to step in and do
many things that a parent would ordinarily do.

Though he was a kid himself, Bert took on this role with a great deal of
heart. He made sure I ate breakfast, protected me on the way to the bus stop,
got us to school safely, looked after me on the way home, showed me how to
cook and clean, and – as we got older, listened to my problems, shuttled me
around town (until I could drive), and shared his wisdom on how to approach
the challenges of life. He was all the things that you would want an older
brother to be – and often times more than it was fair to ask of him.

Even more significantly, Bert did all of these things while navigating
between the reality of two very different worlds.

On the one hand, we were sheltered. We were part of a loving, close-
knit family that experienced no abuse or major tragedy. And while money was
sometimes short, our village worked hard to make sure we were stable and
that we had a solid education.

On the other hand though, we were actually very much exposed. Our
neighborhood was nestled in a part of Detroit (near Dexter and Davison) that
was hard-hit by the ills that have long plagued our City. Middle-class flight and
economic abandonment were real, so things like drug abuse, poverty, and
violent crime were always lurking around the literal corner.

I suspect that it was in moving between these distinct worlds that the seeds of public service were first planted in Bert's heart. For it was definitely on those corners and in that neighborhood where we first came to know that despite its apparent brokenness, our community was full of proud and resilient people who were absolutely worth fighting for.

Bert knows that I have never been a fan of politics, but watching the way he cared for his constituents over the past 12 years has made me rethink. I was inspired by how passionately Bert worked to make the resources of Lansing available to the average citizens of his district – people who, to be sure, are usually overlooked by anyone with power and influence. He did an excellent job of pursuing effective policy at a macro level, but it was honestly his personal touch that I found most compelling. Even though Bert was already stretched thin with community events, speaking engagements, and other responsibilities, he still made time to go the extra mile for his people. I watched him prepare and personally deliver Senate proclamations and tributes to a host of fallen community members – so that their families would know that in the eyes of *this* Michigan Senator, their lives did in fact matter. I saw him make calls and write letters for countless ordinary people fighting to stay in their homes. I watched as he lent his political expertise, policy research, and professional network to the innumerable people who called on him to answer questions, solve problems, or otherwise give guidance.

I believe Bert excelled in this way because compassion comes naturally to him and he has a generous heart. Bert hates to let people down, and always does the best he can to help those who need him.

There is no greater demonstration of this devotion than in his decision to care for our mother.

Ten years ago, my mother lost her home to foreclosure. At the very same time, she learned that she also had multiple sclerosis, and that the disease would force her immediately to retire. In a word, she was devastated.

Bert insisted that my mother come to live with him. He knew she needed a soft landing, and that he could provide it.

It was not easy for our mother to surrender her independence. She had sustained herself from a very young age, and after walking for the post office for thirty years, the idea of sitting down for a medical condition was jarring.

But Bert's instinct – to keep her close to him – turned out to be the right one. As compared to myself or my younger brother, Bert has been in the best position to aid my mother, and his support for her has been absolutely critical.

There are several reasons why this matters.

First, walking is now a major struggle for my mother. She does not navigate well up and down the stairs. Of her children who are local, Bert's home is the only one equipped with a first-floor bedroom and private bathroom / shower that can accommodate her disability, which will only worsen over time.[1]

A second and very real consideration is Bert's comparative ability to minimize my mother's everyday stress. Unfortunately, with MS even "good" stress can be overwhelming and cause negative symptoms. Both my younger brother and I have children. Mine are 14, 12, and 10 years old, and my brother's are even younger –12, 7, 5, and 3 months. They are all wonderful darlings, but they are also an active, loud, and rambunctious group that makes peaceful living challenging.

Lastly, because his schedule is more flexible and he has fewer children's logistics to manage, Bert is in the best position to help my mother with medical emergencies, which have been rising in frequency. I have been frightened to learn of the many occasions when my mother has become over-heated and fallen – in the driveway, walking towards the house, in the bathroom – only to be quickly aided back to safety by Bert's strength and physical presence.

Indeed, his timely intervention was critical just two weeks ago. I was in the middle of prepping for a hearing when Bert called to tell me that he was with our mother, and she was having a range of symptoms that had her feeling

---

[1] We also have a younger sister, but she lives in a one-bedroom apartment in a Manhattan high-rise with no elevator access.

unbalanced and at risk of a serious infection. Because he was home with her and recognized the symptoms, he was able to get her to the emergency room promptly. Bert's quick action helped her stave off a far more threatening condition.

Our mother is the heartbeat of our family, and keeping her healthy and stable is at the absolute top of the priority list for everyone in our family. Bert obviously can't be by her side at every waking moment, but his daily help and presence provides consistency that she desperately needs.

In closing, I want the Court to know how painful this process has been. Bert **adores** this community. Watching him end his otherwise proud career in such a humiliating fashion has been one of the hardest things for both him and our family to endure – and we have endured some pretty hard things.

As you determine the appropriate penalty, I ask you to please do your very best to see my brother for who he is: a devoted and compassionate man who has worked hard for his community and is doing everything in his power to make amends.

I also want to thank you very much for taking the time to consider my sentiments.

Respectfully,

Brandy Y. Robinson

Aug. 17, 2018
26433 Summerdale Dr
Southfield, MI 48033
248. 352 - 7920

Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette St.
Detroit, MI 48226

Honorable Judge Leitman:

My name is Isabell Sykes, a
retired social worker. I am writing
regarding Bert Johnson whose
family I met in 1958. His grand-
mother, Leola Logan and I began
working for the City of Detroit
at that time and have been
friends since. Our children, grand-
children and great-grandchildren
grew up together so I have
known Bert all of his life.

Bert and his brother Justin loved
basketball growing up. My two
grandsons and other neighborhood

kids played with them on the playground almost daily during summer break. The boys were also involved in the Boys and Girls Club.

When Bert was about 4 years old he was in Farmer Jack's with his mother Rose, and saw me. He told Rose, "Look, there's Grandma's friend and ran over to give me a big hug." He knows my name well now but remembers when I was Grandma's friend.

While Bert was attending U of D High School we sometimes discussed his career goals and I learned of his interest in Law Enforcement. I believe he maintained a 3.3 GPA and was later admitted to the University of Detroit.

As a young adult Bert became involved in community affairs and

eventually entered the political arena. During his time in the State House and Senate the Detroit Water and Sewerage Dept increased rates significantly which caused hardship to many residents including myself. Bert coached me in getting an affordable payment plan on a huge bill I owed on a rental property that was half empty.

I am aware of Bert's guilty plea in this case. Because I feel like a surrogate grandmother to him, I'm asking you to consider imposing as lenient a sentence as possible. I know this incident was not typical of Bert's usual behavior. I am confident that he has severed ties from any parties that would influence him to engage this way again.

Sincerely,
Isabell Sykes

ISABELL SYKES

29970 Fieldbrook Dr
Unit 102
Hfld, Mich 48035
August 17, 2018

Honorable Matthew Leitman:
United States District Court Judge
231 W. Lafayette
Detroit, Mich 48226

Dear Judge Leitman:

My name is Leola Logan. I am Bert Johnson's
grandmother. I have five children. I had 6 children
but I lost a daughter in Oct of last year.
I have 16 grandchildren and 15 great grands. Bert
is one of my older grand children.

Bert's family lived in my home a great deal
of time. He attended Dorn Elementary School, U of D High
School and U of D. University. He was an A. student
Bert was Mannerable and obedient. Everything you wanted
for your grand child. He was and is a people person.
Always trying to help others. He is a leader.

Bert attended Hartford Memorial Baptist Church.
He was involved in various youth programs.
Sunday School, Young Adult Choir, basket ball team and other
impromptu activities. The Church sponsors a college tour.
Of course Bert went.

We were so proud of him. On his 18th birthday
I bragged to my friend that we had been Blessed because
we had gotten so far to that age with no problems at all
None. While on the college tour he met 2 young men who
later included him into their robbery plan

When it was Court time, one of his Counselors at U of D was quite concerned about the issues. She was going to speak for him, but she was out of town the day of sentencing. She felt she could maybe have helped him.

After his jail stint, he married and he made positive advances. He was so grieved over his deed it seems he tried so hard to do positive things. He won 2 terms as State Representative. He was very good as State Repr. He then served 2 terms as State Senator. He seemed driven to do as much good as possible to help as many as possible. He was praised for his good works. I think he felt that the harder he helped others, the it would Cleanse himself.

Best has 2 sons and one daughter. She received her Masters in Social Work this summer. Best Jr is a Junior at Morehouse; Nicholas is in 11th grade at U of D High School.

At this time Best's mother lives with him. She has an advanced stage of Muscular Sclerosis. She is dependent upon Best. He is her support physically and during all of her bad days with this illness. She needs him very badly. Lately she has been taken with a bad case of Vertigo. She has to use a cane sometimes two canes.

Best made a terrible Mistake, he is in total remorse for it. The person who involved him in this episode, enveloped our families with her graciousness, her intellect, her love and her deviousness.

Your Honor, could you please Consider giving Best probation? I know and so does her exhibited

extremely poor and stupid judgment because
of a financial favor. I feel sure that he
will not disappoint. He has so much potential.

I am 88½ yrs old and I have seen
this world change dramatically. It is so different
from the time my boys came along. Our young boys
need leadership, guidance, love and prayers.
More than ever. Bert's boys are on the right track.
Pleaz Pleaz Pleaz let Bert remain home for his
boys sake and for his 65 yr old Mother.
May God Bless and Keep You In His Care.
A worried to death grand mother
Anxiously Yours,
Leola Logan
LEOLA LOGAN    — 248-440-1734
29990 WILDBROOK Dr. Unit 102
Sfld, Mich 48034

August 31, 2018

Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman:

I am writing in support of Mr. Bertram Johnson, whom I have known for the past 10 years, during and since my tenure as the Mayor of the City of Detroit.

While serving as Mayor, Bert and I worked together. Until the time this issue became public, I knew Bert to be a Senator who worked and fought hard for the people in his district and state. Bert supported legislation on Regional Transit, the M-1 rail, Payday Cash Advance Lending, Mortgage Foreclosure Modification and Education Reform. He served in the State House from 2007-2010, the Senate from 2011-2018, and the chair of the Detroit Caucus from 2007-2011.

I am aware that Bert has pleaded guilty; but would hope that his political background, his public service, as well as his overall commitment to his community be considered and, therefore, allow for leniency regarding his sentencing.

Thank you for your consideration. Please do not hesitate to contact me if you require any additional information.

Respectfully,

Dave Bing
Former Mayor, City of Detroit

To:

Honorable Matthew F. Leitman
United States District Court Judge
231 W. Lafayette
Detroit, MI 48226

Dear Judge Leitman,

My name is Whitney Johnson. I currently reside in New York City as an actor and producer, but
was born and bred on the west side of Detroit, at Dexter and Davison in my formative years,
until I graduated Mercy High School and headed to college in Maryland on an athletic
scholarship. I grew up the youngest child in my household, supported by my hard-working
mother, my older brother Justin, my older sister Brandy, and my eldest brother, Bertram C.
Johnson. I've known, loved and appreciated Bert for as long as I can remember, my entire 33
years on this earth.

When I first learned of Bert's current situation and its range of prospective outcomes, I dwelled
on the realities of its inevitable effect on Bert himself, and on our family, and
then I called him. I called him with the sole intention of reciprocating the wealth of support I'd felt
from him over many years, particularly at a time where it seemed like that of so many others had
wavered.

As the youngest, I was afforded a considerable amount of trust and freedom having come after
3 others who provided me first-hand examples and influence for how to navigate our space, our
community, and the world. While my father was in and out of our household and locale - as an
adult I've come to grasp the notion of unfinished business on a life's journey - I also had the
privilege of taking from his world experience. One constant though, during all the times of
transition in my life, was that of my eldest brother's capacity for responsibility.

I think back to having been accepted to Mercy High School, and learning of the morning trek
that it would take to drive out to Farmington Hills, and the early hour that my mother would need
to be out of the house for work on her carrying route with the United States Postal Service. She
worked tirelessly for years to afford us the ability to attend schools that would present
subsequent opportunities for my siblings and me. I remember those mornings when Bert would
exhaustedly awaken, shake off the night shift from which he'd just barely recovered, and drive
my brother Justin and I to school. I remember when he'd head up a road trip to drop off my
sister at an internship out of state, and I remember the music we'd tease him for playing over
and over again during the drive. Music I still listen to now when I'm feeling the 600+ miles of
distance from family all too well.

Being the youngest also provided me a welcomed, sort of first line of defense, perhaps even a
shelter from the neighborhood dynamic that often presented itself both then and now in a
community such as ours. I remember the number of times Bert instilled in me the best, most

effective ways to recognize humanity in people, their predicaments, and the important need for discernment in all situations, how to act accordingly, smartly and safely. I remember when our family dog who, let's face it, might as well have been another sibling, suffered a tragic hanging of own might when his curiosity got the best of him, and left him lifeless, entangled around our backyard gate. And I remember how broken but brave Bert was in removing him from the fence, a most painful sight, sound and exhibition which my brother managed very respectably.

I also remember participating in a sibling conference call around the unwelcomed chronic illness that has proven itself to my mother, and the echoed, voluntary responsibility of my brother to care for her in his home despite his undertaking of a number of other commitments, both career and personal. I thank God for his presence when I get the call or text that my mother has to be hospitalized as a result of complications from the illness, and when he comforts my worry with his rock solid strategy for nursing her back to good health.

I proudly reminisce about times I've witnessed Bert impart wisdom, trust, guidance and reliability to not only his own children, but other young people in the community. I've seen him be a true source of inspiration for young people he's helped by providing them direct opportunities for growth and development (e.g. employing them on a campaign effort), and sharing in candid conversation around incarceration recovery, how to navigate such waters (like the young men we visited in a juvenile detention center who listened with open ears and arms). It was then that I recognized the value he provides to so many like him, like them, like me, my cousins, nieces and nephews, and to anyone else seeking direction in uncharted, or unforgiving terrains. Anyone weathering the storm of life really, which happens to be everyone. Bert offers his own voice, his experience, his honesty, a transparency in ways that I've not otherwise seen.

I've long respected my brother's affinity for accountability and discipline, and his strong emphasis on character, choice, and chance.  I admire his capacity for taking responsibility for his actions, for learning from them, applying the knowledge he's gained, and moving forward, a transcendent ability to evolve for himself and for the betterment of not only his family, immediate and extended, but also for the community in which he lives. For all of my teen and adult life, I've watched my brother do his best to live as properly and as truly as possible with the intention of being a man of service. I think, in this way, he's given himself to the world, and most to the city of Detroit.

Bert's assumed a patriarchal position in our family despite his being the youngest of the most eligible men. His striving to be the glue of our family unit, and his conscious effort for providing a tangible source, something like a well, for the younger generations in our family tree are not lost on me. He makes it a point to discuss our family history, the history of the city of Detroit, and to empower our individual, innate strengths of spirit, emphasizing the value of oral tradition. I don't take for granted the support I'm met with when I describe to him the tumultuous tales of a choice creative life in the entertainment industry. I recognize in Bert a true calling, capacity and willingness to continue to carry the weight of our city, our community and our family on his shoulders, as it's all I've ever known him to do. I ask the court to consider these truths, which I

and so many others hold dear, as you determine the appropriate sentence for my brother, in my estimation, a most admirable man.

All the best,

Whitney

Signed:

Whitney Johnson
331 w 43rd St, #5D
New York, NY 10036
(917) 776 5393

August 29, 2018


Honorable Matthew F. Leitman
United States District Court Judge
231 Lafayette
Detroit, MI 48226

Dear Judge Leitman:

My name is Alecia R. Harris. I am an acquaintance of Mr. Bertram Johnson, as our families have known each other for many years. I have personally known Mr. Johnson for a year.

It is my pleasure to write this letter as he touched the lives of me and my three sons when we found ourselves in a critical situation with not much time before we would have been displaced from our home. He helped me tirelessly and I was not one of his constituents.  In fact, I lived in District 6.  Mr. Johnson represented District 2.

Mr. Johnson spent tireless hours writing letters and making telephone calls, and had he not we would have been homeless with few to no options.  Both me and one of my sons suffers from chronic debilitating medical conditions for which there is no cure. Given these circumstances, I was unable to secure housing that was modified to accommodate our disabilities.

I am aware that Mr. Johnson plead guilty. My request is that you impose as lenient a sentence as possible.  I believe he continues to have the potential to be a positive member of society.

With Mr. Johnson's efforts we were blessed to remain in our home.  I am forever indebted to Mr. Johnson.  The words "thank you" are insufficient.

Sincerely,

Alecia R. Harris
7291 Sadie Lane
Belleville, MI 48111
(313) 999-5259