UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal No. 17-cr-20233
                                          Hon. Matthew F. Leitman

v.

BERTRAM C. JOHNSON,

       Defendant.
_____/

## ORDER REGARDING RESTITUTION

Upon this Court's consideration of the parties' stipulation and the Court being apprised of the circumstances, **IT IS ORDERED** that the judgment in this case be amended to reflect the total amount of restitution as **$26,206.87**, payable to the State of Michigan, Senate Business Office.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 14, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 14, 2018, by electronic means and/or ordinary mail.

                                                s/Holly A. Monda  
                                                Case Manager  
                                                (810) 341-9764